UTILITY ELECTRIC COMPANY, INC., Respondent, v. FRANK WILSON, Individually and as President of Local Union No. 3 of the International Brotherhood of Electrical Workers, etc., and Others, Defendants, Impleaded with EMIL PREISS and WILLIAM REUTER, Appellants.— Order punishing appellants for contempt reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied. The learned Special Term justice found that the defendant Local Union No. 3 had adopted the working rule in question and also that it had a right to enforce it were it not for the provision of the judgment. The international body, according to the record before us, does not enact working rules but leaves the making of such rules to the various local unions under its jurisdiction, inclusive of the defendant union, provided that such working rules be approved by the president and vice-president of the international body, and the record further shows that such approval was obtained. We are of opinion that the interpretation placed upon the judgment alleged to have been violated was erroneous, and that its plain purport was to restrain the defendants so long as plaintiff should comply with the lawful working rules of the local union adopted in conformity with the constitution of the international body, which procedure was followed, as already stated. We, therefore, conclude that the defendants should not have been punished for violating the restraining provisions of the judgment. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MARY AGNES WATERS, Respondent, v. SONMARTINE REALTY CORPORATION, Appellant, Impleaded with LOUIS LARSEN and Others, Defendants.— Order denying motion of appealing defendant to set aside service of summons and complaint upon it affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ISABELLA A. WHITMAN, as Administratrix, etc., of EDWIN M. WHITMAN, Deceased, Respondent, v. GOWANUS TOWING COMPANY, INC., and CHIARELLO BROTHERS CO., INC., Defendants, Impleaded with BOWNE-MORTON STORES, INC., Appellant.— Order directing defendant Bowne-Morton Stores, Inc., to serve a bill of particulars modified by requiring said defendant to give the particulars asked for, or, if it is not in possession of such particulars, to state, in lieu thereof, that it is not in possession of them at the present time, and that it intends to rely upon the testimony of plaintiff's witnesses. As so modified, the order is affirmed, without costs. Particulars or statement in lieu thereof to be given within ten days from entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

EMMA WHITTAKER, as Administratrix, etc., of ERNEST WHITTAKER, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.*— Judgment and order modified by reducing the amount of the verdict to the sum of $30 000, to be apportioned as follows: $27,500 thereof to Emma Whittaker, the mother of decedent, and $2,500 to Edward Whittaker, the father of decedent. As so modified, the judgment and the order are unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ.

---

. * Affd., 256 N. Y. —.